No. 423.   BENTSEN ET AL. *v.* BLACKWELL ET AL.   The application of the Solicitor General on behalf of the Se-

curities and Exchange Commission for leave to appear and present oral argument, as *amicus curiae,* is granted.